Frances B. Stella, Esq. (FBS-3339)
WolfBlock LLP
101 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-5700

Attorneys for Defendants:
CUSHMAN & WAKEFIELD, INC.
CUSHMAN & WAKEFIELD 111 WALL, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X   21 MC 102 (AKH)

DIEGO LITUMA,                                    Index No. 07-CV-1648-AKH

       Plaintiffs,   **NOTICE OF ADOPTION OF ANSWER**
           **TO MASTER COMPLAINT**
 -against-
           **ELECTRONICALLY FILED**
111 WALL STREET LLC, *et al.*

       Defendants.
---------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendants, CUSHMAN & WAKEFIELD, INC. and CUSHMAN & WAKEFIELD 111 WALL, INC., by their attorneys, WOLFBLOCK LLP, as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 3, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  WHEREFORE, the Defendants, CUSHMAN & WAKEFIELD, INC. and CUSHMAN & WAKEFIELD 111 WALL, INC., demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

ROS:915745.1

- 2 -

Dated: Roseland, New Jersey
      March 10, 2008

                              WolfBlock LLP
                              Attorneys for the Defendants
                              CUSHMAN & WAKEFIELD, INC. and
                              CUSHMAN & WAKEFIELD 111 WALL, INC.

                              By: /s/ Frances B. Stella
                                    Frances B. Stella, Esq.
                                    101 Eisenhower Parkway
                                    Roseland, New Jersey 07068
                                    (973) 228-5700

To:    Worby Groner Edelman & Napoli Bern LLP
        Attorneys for Plaintiff
        In Re Lower Manhattan Disaster Site Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        Plaintiff Liaison Counsel

        All Defense Counsel

ROS:915745.1